# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

127868

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC:  127868
                                        COA:  256405
                                        Kent CC:  00-009844-FC

JOSEPH AMBROSE,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 16, 2004 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

s1121